UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSEPHINE BROWNE,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

18 **CIVIL** 11175 (GBD)(KNF)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated January 27, 2020, Magistrate Judge Fox's findings regarding the administrative law judge's errors were well-reasoned and grounded in fact and law. This Court has reviewed the Report, and finds no error, clear or otherwise. Accordingly, Magistrate Judge Fox's Report is ADOPTED in full. Plaintiff's motion for judgment on the pleadings is GRANTED. Defendant's cross-motion for judgment on the pleadings is DENIED. This matter is remanded for further proceedings.

**Dated:** New York, New York
         January 27, 2020

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
          **BY:**
                                                  _____
                                                  **Deputy Clerk**